UNITED STATES DISTRICT COURT  CC: BK Court
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-07837-AB | Date: | January 14, 2016 |

Title: *In re Leslie Pasascio.*

Present: The Honorable **ANDRÉ BIROTTE JR.**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order to Show Cause Why Appeal Should Not be Dismissed for Failure to Pay Fee

Appellant Leslie Pasascio filed this bankruptcy appeal on December 9, 2015. (Dkt. no. 4.) On December 9 and 16, 2015, the District Court and the Bankruptcy Court each issued notices of deficiency stating that Appellant failed to pay the filing fee. (Dkt. Nos. 5, 6.) The Bankruptcy Court's notice stated that Appellant had 14 days to pay the fee. As of the issuance of this Order, Appellant has not paid the required fee.

The Court therefore **ORDERS** Appellant to show cause **no later than Monday February 1, 2016**, why this appeal should be dismissed without prejudice for failure to pay the filing fee. **Should Appellant fail to file a response by the deadline, the appeal will be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**